**Order entered January 16, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01349-CV

**ROGERIO RIBEIRO DOS SANTOS, Appellant**

**V.**

**LYDIA DOS SANTOS, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-00301**

## ORDER

Before the Court is court reporter Donna Kindle's January 13, 2020 request for a thirty-day extension of time to file the record. Because this is an accelerated appeal from an order appointing a receiver, we **GRANT** the request to the extent we **ORDER** the reporter's record be filed no later than January 27, 2020. *See* TEX. R. APP. P. 35.3(c).

/s/ KEN MOLBERG
JUSTICE